UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

DONALD SHELL,                )
                             )
              Petitioner,    )
v.                           )   No. 2:06-cv-71-RLY-WGH
                             )
CRAIG HANKS,                 )
                             )
              Respondent.    )

**Entry Denying Petition for Writ of
Habeas Corpus and Directing Entry of Judgment**

The petition of Donald Shell challenging the prison disciplinary proceeding identified as No. WVD 05-12-0020 is **denied and this action is dismissed** pursuant to Rule 4 of the *Rules Governing Section 2254 Cases in the United States District Courts*. The reason for this disposition is that the proceeding which is challenged in Mr. Shell's habeas petition resulted in the sanction of a written reprimand and one month's loss of telephone privileges. Such sanctions do not constitute the imposition of "custody" within the meaning of 28 U.S.C. § 2254(a), *Montgomery v. Anderson,* 262 F.3d 641, 644 (7th Cir. 2001), nor in the loss of a liberty interest within the meaning of federal due process, *Sandin v. Conner,* 115 S. Ct. 2293, 2300 (1995); *Wagner v. Hanks,* 128 F.3d 1173, 1175 (7th Cir. 1997); *Leslie v. Doyle,* 125 F.3d 1132, 1135 (7th Cir. 1997), and hence may not be challenged through an action for a writ of habeas corpus.

Judgment consistent with this Entry shall now issue.

**IT IS SO ORDERED.**

Date:  03/29/2006

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Dockets.Justia.com